IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANUFACTURING RESOURCES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-269-RGA |
| CIVIQ SMARTSCAPES, LLC, CIVIQ HOLDINGS, LLC, COMARK, LLC, and COMARK HOLDINGS, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

The parties hereby stipulate and agree, subject to the Court's approval, that the time for defendants Civiq Smartscapes, LLC, Civiq Holdings, LLC, Comark, LLC and Comark Holdings, LLC to submit their reply brief in support of their Motion to Exclude Ms. Bennis's Supplemental Damages Opinion (D.I. 347) is extended through and including January 10, 2020.

| | |
|---|---|
| */s/ Ryan P. Newell* | */s/ Nathan R. Hoeschen* |
| Arthur G. Connolly, III (No. 2667) | John W. Shaw (No. 3362) |
| Ryan P. Newell (No. 4744) | Karen E. Keller (No. 4489) |
| CONNOLLY GALLAGHER LLP | David M. Fry (No. 5486) |
| 1201 N. Market Street, 20th Floor | Nathan R. Hoeschen (No. 6232) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302)757-7300 | I.M. Pei Building |
| aconnolly@connollygallagher.com | 1105 North Market Street, 12th Floor |
| rnewell@connollygallagher.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 298-0700 |
| | nhoeschen@shawkeller.com |
| Dated: December 30, 2019 | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2019.

_____
United States District Judge