IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Manufacturing Resources International, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Civiq Smartscapes, LLC, Civiq Holdings LLC, Comark, LLC, and Comark Holdings, LLC, <br><br> *Defendants*. | C.A. No. 1:17-cv-00269-RGA |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Manufacturing Resources International, Inc. and their affiliates, heirs, successors, and assigns ("MRI") and Defendants Civiq Smartscapes, LLC, Civiq Holdings, LLC, Comark, LLC, and Comark Holdings, LLC and their affiliates, heirs, successors, and assigns (collectively "Civiq") (collectively with MRI, the "Parties") have entered into an agreement with terms and conditions representing a dismissal of the Parties' claims and counterclaims against each other in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action (the "Action") are hereby dismissed with prejudice, with each party bearing its own costs and fees.

The Court shall retain jurisdiction to enforce the terms and conditions of this dismissal and the agreement and any disputes that may arise thereunder.

<div style="column-count:2">

/s/ Ryan P. Newell
Arthur G. Connolly III (#2667)
Ryan P. Newell (#4744)
CONNOLLY GALLAGHER LLP
1201 N. Market St., 20th Floor
Wilmington, DE 19801
Telephone: (302)757-7300
Facsimile: (302)757-7299
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

Of Counsel:

Jeffrey S. Standley (Ohio Bar #0047248)
James Lee Kwak (Ohio Bar #0066485)
F. Michael Speed, Jr. (Ohio Bar #0067541)
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Facsimile: (614) 792-5536
jstandley@standleyllp.com
jkwak@standleyllp.com
mspeed@standleyllp.com

*Attorneys for Plaintiff*

Dated: January 23, 2020

/s/ Nathan R. Hoeschen
John W. Shaw (Delaware Bar #3362)
Karen E. Keller (Delaware Bar #4489)
Nathan R. Hoeschen (Delaware Bar #6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

Of Counsel:

Douglas J. Kline
Srikanth K. Reddy
Brian T. Drummond
Molly R. Grammel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
dkline@goodwinlaw.com
sreddy@goodwinlaw.com
mgrammel@goodwinlaw.com

Naomi Birbach
Keith A. Zullow
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY
(212) 813-8800
nbirbach@goodwinlaw.com

Yuval H. Marcus, Esquire
Cameron Reuber, Esquire
Matthew L. Kaufman, Esquire
Lori L. Cooper, Esquire
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601
reuber@leasonellis.com
kaufman@leasonellis.com
cooper@leasonellis.com
marcus@leasonellis.com

*Attorneys for Defendants*

</div>

2

SO ORDERED this __24__ day of __January__, 2020.

_____
The Honorable Richard G. Andrews
United States District Judge